DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DARREN E. CLEVELAND** a/k/a **DARREN CLEVELAND,**
Appellant,

v.

**FEDERAL NATIONAL MORTGAGE ASSOCIATION, CITY OF BOYNTON
BEACH, FLORIDA, THE HILLS OF LAKE EDEN HOMEOWNER'S
ASSOCIATION, INC.,** et al
Appellees.

No. 4D20-2662

[January 20, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott R. Kerner, Judge; L.T. Case No. 50-2018-CA-002617-XXXX-MB.

Shawn R. Horwick, Boca Raton, for appellant.

Charles P. Gufford of McCalla Raymer Liebert Pierce, LLC, Orlando, for appellee Federal National Mortgage Association.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***